1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   HEIDI A. OJEDA
3  State Bar No. 12223
   Assistant Federal Public Defender
4  411 E. Bonneville Avenue, Suite 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6

7  Attorneys for Kacy Kathryn Cooke

8

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11                      * * *

12  UNITED STATES OF AMERICA,              2:15-MJ-585-GWF

13              Plaintiff,

14  vs.                              **STIPULATION TO VACATE BENCH
                                     TRIAL AND SET A CHANGE OF
15  KACY KATHRYN COOKE,              PLEA/SENTENCING DATE**
                                          (First Request)
16              Defendant.

17

18        IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United

19  States Attorney, and Nadia Ahmed, Assistant United States Attorney, counsel for the United States

20  of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal

21  Public Defender, counsel for Kacy Cooke, that the bench trial scheduled for Wednesday, September

22  16, 2015 at the hour of 9:00 a.m., be vacated and a change of plea/sentencing date be set to a date

23  and time at the earliest convenience of the Court.

24        This Stipulation is entered into for the following reasons:

25        1.    The parties have reached a resolution in this case, which includes a sentence of credit

26  for time serviced on one of the counts in the Complaint. The parties therefore request that this matter

27  be placed on calendar at the Court's next available time.

28  / / /

                                  1

2.      The parties are ready to proceed to sentencing.

3.      The defendant is incarcerated and does not object to the advance.

4.      The parties agree to the continuance.

5.      This is the first request for the bench trial to be vacated and a change of plea/sentencing date be set.

DATED this 12th day of August, 2015.


RENE L. VALLADARES                          DANIEL G. BOGDEN
Federal Public Defender                     United States Attorney

 /s/ Heidi A. Ojeda                          /s/ Nadia Janjua Ahmed
By: _____               By: _____
HEIDI A. OJEDA,                             NADIA JANJUA AHMED,
Assistant Federal Public Defender           Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

KACY KATHRYN COOKE,

            Defendant.

2:15-MJ-585-GWF

## **ORDER**

    Based on the pending Stipulation of counsel, and good cause appearing,

    IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, September 16, 2015, be vacated and a change of plea/sentencing date be set to Monday, August 31, 2015, at the hour of 11:00 a.m. in Courtroom 3A.

    DATED this 13th day of August, 2015.


GEORGE FOLEY, JR.
United States Magistrate Judge

3